# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER LEE BREWER**                                                **PLAINTIFF**
**ADC #552546**

v.                     **Case No. 4:19-cv-00763-LPR**

**FAULKNER COUNTY DETENTION CENTER,** *et al.*            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Christopher Lee Brewer's Complaint is DISMISSED.

IT IS SO ADJUDGED this 5th day of February 2020.

                                                            _Lee P. Rudofsky_
                                                            UNITED STATES DISTRICT JUDGE